#### 1259. BOYER *v.* THE STATE.

HILL, C. J. No error of law appears, and there is some evidence to support the verdict.   *Judgment affirmed.*

Accusation of misdemeanor, from city court of Sparta—Judge Little. June 15, 1908.

Submitted July 14,—Decided July 31, 1908.

*T. L. Reese,* for plaintiff in error.

*R. W. Moore, solicitor,* contra.